# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TXu 1-847-969**

Effective date of registration:

January 18, 2013

---

## Title

**Title of Work:** LGA Cargo Rack Operating Manuals

**Contents Titles:** GearCage Ramp Accessory

Moover Transporter System

GearCage SP Cargo Rack

GearCage TT Cargo Rack

TwinTube U-Build-IT

## Completion/Publication

**Year of Completion:** 2006

## Author

- **Author:** Let's Go Aero

  **Author Created:** text, photograph(s), compilation, editing, artwork

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Let's Go Aero

3380 N El Paso St. Ste. G, Colorado Springs, CO, 80907, United States

## Rights and Permissions

**Organization Name:** Let's Go Aero

**Telephone:** 719-630-3800

**Address:** 3380 N El Paso St. Ste. G

Colorado Springs, CO 80907 United States

## Certification

**Exhibit K**

**Name:** Sara Williams
**Date:** January 18, 2013

