

**ITEM:** 5800300

**DESCRIPTION:** GearCage™ Ramp

## User Assembly and Operation Manual



*Part One*
Safe Use and Operation Page 1
*Part Two*
Parts Identification Page 2
*Part Three*
Assembly and Installation Page 3

**Operation Tips:**
• Keep this manual for future reference.
• Recommended for use with the GearCage™ SP Cargo Rack.

### Safe Use & Operation
**Be sure to follow these guidelines to prevent possible hazards from misuse.**
• When operating the vehicle, the ramp must be either removed, secured in the upright position, or positioned to lay flat on the GearCage™ SP Cargo Rack.
• Always secure the hinge bolts with locking nuts that are furnished with the Ramp Accessory so that at least two (2) threads protrude through the nut's nylon insert. Failure to do so may result in loss of ramp from carrier in transit, property damage and bodily injury.

We warrant this product to the first consumer to be free from defect in material and workmanship for one year (Please retain your sales slip for your records). Any product or part thereof found to be defective within that period will be replaced without charge provided that: (1) the product was not misused; (2) no alterations or modifications were made; (3) its failure resulted from a defect in material or workmanship and not from normal wear expected in the use of the product; (4) the product or part is delivered, freight prepaid, to Cequent Performance Products Inc. Please contact Cequent Performance Products Inc., toll free, at 888-521-0510 to get a return authorization number prior to return. Manufacturers only obligation shall be to replace such products or parts proved to be defective.

U.S. And International Patent Numbers: 6,409,203; 6,609,725; 6,945,550;6,910,609; Patents Pending

*If this product was purchased from a dealer, all documentation MUST be furnished to the customer.*



**Cequent Performance Products**
**47774 Anchor Court West**
**Plymouth, MI 48170**
**Technical Service: (888) 521-0510**

Printed in China

**Exhibit M**

Page 1 of 4   5800300N 11-5-09 Rev D



# GearCage™ Ramp

**Parts List**

| Item | Description | Quantity |
|---|---|---|
| A | Base Panels | 3 |
| B | Side Tubes | 2 |
| C | Cross Tubes | 4 |
| D | 1/4" x 3/4" Bolts | 5 |
| E | 1/4" x 2" Bolts | 8 |
| F | 1/4" x 1-1/2" Bolts | 8 |
| G | 1/4" Washers | 31 |
| H | 1/4" Nyloc Nuts | 16 |
| I | Ramp Stop Bracket Assembly | 1 |
| J | Ramp Stop Lever | 1 |
| K | Hinges | 2 |
| L | 1/4" x 2-1/2" Bolts | 2 |
| M | Lynch Pin | 1 |
| N | Pin Clip | 1 |
| O | End Caps | 4 |
| P | 1/4" Split Ring Lock Washers | 8 |
| Q | Seal Gaskets | 8 |

**Tools Needed**
7/16" Wrench
7/16" Socket

*If you are missing any items, contact your sales agent if the product was assembled by them. If not, or if purchased from Cequent Performance Products Inc., please contact us at 1-888-521-0510 .*



**Cequent Performance Products**
**47774 Anchor Court West**
**Plymouth, MI 48170**
**Technical Service: (888) 521-0510**



## *GearCage™ Ramp Assembly*

*1.* Place the Cross Tubes (C) between the Side Tubes (B) so that the ends of the Cross Tubes (C) line up with the holes in the Side Tubes (B). Insert a Seal Gasket (Q) into each end of each Cross Tube (C).
Install a 1/4" x 2" Bolt (E) with a 1/4" Washer (G) and 1/4" Split Ring Lock Washers (P) through the Side Tube (B) and into the pin nuts in the end of each Cross Tube (C).
Securely tighten all hardware.



Side Tube (B)  
Cross Tube (C)  
Seal Gaskets (Q)  
¼" Flat washer (G)  
¼" x 2" long bolt (E)  
¼" Lock washer (P)

*2.* Use a 1/4" Nyloc Nut (H) and a 1/4" Washer (G) to install the Lynch Pin (M) in the 3/8" hole in the Side Tube (B). Secure the pin with the Pin Clip (N).



¼" Nyloc Nut (H)  
¼" Flat washer (G)  
Lynch Pin (M)  
Pin Clip (N)

*3.* Orient the outside Base Panels (A) to the Ramp Tube Assembly. Place the Hinges (K) over the end holes in the outside Base Panels (A) nearest the Lynch Pin hole. Install eight (8) 1-1/2" x 1/4" Bolts (F) with 1/4" Washers (G) to secure the outside Base Panels (A) and Hinges (K) to the Ramp Tube Assembly. Do not tighten these bolts completely at this time.



¼" x 1-1/2" Long Bolts (F)  
¼" Flat washer (G)  
Outside Base Panels (A)  
Hinges (K)  
Lynch Pin Hole



*4.* Place the center Base Panel (A) between the two (2) outside panels. Use a 1/4" x 3/4" Bolt (D), two (2) 1/4" Flat Washers (G) and a 1/4" Nyloc Nut (H) at each of the four (4) locations to secure this panel to the outside panels.
Firmly tighten all hardware.



Center Panel (A)  
¼" Flat washers (G)  
¼" Nyloc Nuts (H)  
¼" x ¾" Long Bolts (D)  
¼" Flat washers (G)

*5.* Insert the Plastic End Caps (O) in the ends of the Side Tubes (B).

Plastic End Caps (O)



Plastic End Caps (O)



**Cequent Performance Products**
**47774 Anchor Court West**
**Plymouth, MI 48170**
**Technical Service: (888) 521-0510**

Page 3 of 4

5800300N  11-5-09  Rev D



## *Install Ramp On GearCage™ Cargo Rack*

*6.* Remove the tube on the passenger side of the GearCage™. Remove the bolts that mount the outside panels on the GearCage to the U-Tube. Install a 1/4" x 2-1/2" Bolt (L), two (2) 1/4" Washers (G) and a 1/4" Nyloc Nut (H) through each Ramp Hinge to secure the Ramp to the GearCage™.

### ⚠ WARNING!
When installing the 1/4" x 2-1/2" Bolts (L) with 1/4" Nyloc Nuts (H), always make sure that at least two (2) threads protrude through the nut. Failure to do so may cause the Ramp to separate from the carrier in transit, resulting in property damage, and bodily injury.





¼" x 2-1/2" Long Bolts (L)
¼" Flat washers (G)
Ramp Assembly
¼" Flat washers (G)
¼" Nyloc Nuts (H)
**GearCage ™ Cargo Rack**

*7.* Remove the bolt that secures the second Side Rail from the end of the GearCage™. Place the bracket from the Ramp Stop Bracket Assembly (I) over the hole and reinstall the bolt.

*8.* Place the hole in the rounded end of the Ramp Stop Lever (J) over the hole in the vertical side of the bracket and secure it in place with the hardware from the Ramp Stop Bracket Assembly (I).
Use the Pin Clip (N) to secure the other end of the Ramp Stop Lever to the Lynch Pin (M) installed in Step 2.



**Pin Clip**
**Ramp Stop Lever**
**Ramp Stop Bracket Assembly Hardware**

### ⚠ WARNING!
When operating the vehicle, the ramp must be either removed, secured in the upright position as shown, or positioned to lay flat on the GearCage™ Cargo Rack.







**Cequent Performance Products**
**47774 Anchor Court West**
**Plymouth, MI 48170**
**Technical Service: (888) 521-0510**   Page 4 of 4   **5800300N  11-5-09   Rev D**