

Exhibit N


