IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 16-cv-00410-REB-NYW | Date: | August 1, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| LET'S GO AERO, INC., | *J. Mark Smith* |
| | *Martin Dean Beier* |
| **Plaintiff,** | |
| **Counter Defendant,** | |
| **v.** | |
| U-HAUL INTERNATIONAL, INC., | *Erin Anne Kelly* |
| WYERS PRODUCTS GROUP, INC., | *George Chun Chen* |
| | *Andrew Dollard Thompson* |
| **Defendants,** | |
| **Counter Claimants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 4:03 p.m.

Appearances of counsel.

Discussion held regarding potential effects of Defendant Wyers's Motion to Stay [36] filed June 3, 2016, and Defendant U-Haul International, Inc.'s Motion to Stay [39] filed June 9, 2016.

Discussion held regarding two different patents at issue and differentiation of Cequent Performance, Inc. products and Wyers Products Group's products.

Discussion held regarding Cequent products at issue in arbitration.

Parties discuss options of a stay pending the outcome of arbitration. Parties discuss options of a stay until a decision is made by the U.S. Patent and Trademark Office regarding the grant or denial of the request for *ex parte* reexamination. Parties discuss options of a stay through the reexamination, if granted.

**ORDERED: Defendant U-Haul International, Inc.'s Motion to Stay [39] is GRANTED in PART, and DENIED in PART.  The STAY is GRANTED as to the Cequent products, pending the outcome of arbitration.**

**ORDERED: Defendant Wyers's Motion to Stay [36] is GRANTED in PART, and DENIED in PART.  The STAY is GRANTED as to the Wyers products pending the decision whether to grant *ex parte* reexamination by the U.S. Patent and Trademark Office**.

A separate order will issue.

**ORDERED: Within seven (7) days of any determination by the U.S. Patent and Trademark Office, Defendants may file a renewed Motion for Stay discussing the particulars of the scope of any reexamination granted by the U.S. Patent and Trademark Office, and the effect upon the adjudication of patent infringement as related to the Wyers accused products.**

  Court in Recess:  4:15 p.m.         Hearing concluded.         Total time in Court: 00:12

  * To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.