## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:16-CV-00410-REB-NYW

LET'S GO AERO, INC., a Colorado corporation,

      Plaintiffs,

v.

U-HAUL INTERNATIONAL, INC., a Nevada
corporation, and
WYERS PRODUCTS GROUP, INC., a Colorado corporation
d/b/a TRIMAX

      Defendants.

---

## NOTICE OF CHANGE OF FIRM NAME

---

Please take notice that, effective April 3, 2018, the firm name for the undersigned changed to Bryan Cave Leighton Paisner LLP. The firm's and its lawyers' addresses, phone numbers, and fax numbers have not been affected by this change, except that the suite number in George Chen's address is updated below. Lawyers' email addresses have changed to the form indicated in the signature block below. In addition, emails sent to prior email addresses will continue to reach the intended recipient.

Dated: September 18, 2018        Respectfully submitted,

                             BRYAN CAVE LEIGHTON PAISNER LLP

                             */s/ George C. Chen*
                             George C. Chen
                             One Renaissance Square
                             Two North Central Ave., Suite 2100
                             Phoenix, AZ  85004-4406
                             Telephone: (602) 364-7000
                             Facsimile: (602) 264-7070
                             george.chen@bclplaw.com

Erin A. Kelly
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
erin.kelly@bclplaw.com

ATTORNEYS FOR DEFENDANT
U-HAUL INTERNATIONAL, INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2018, a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM NAME** was filed with the Clerk of Court using the CM/ECF system which will service such filing on the following:

Thomas M. Haskins, III, Esq.
Martin D. Beier, Esq.
Silver & DeBoskey P.C.
1801 York Street
Denver, Colorado 80206
haskinst@s-d.com
beierm@s-d.com

J. Mark Smith, Esq.
Berg Hill Greenleaf Ruscitti LLP
1525 Seventeenth Street
Denver, Colorado 80202
jms@bhgrlaw.com

*/s/ Barbara Norlien*